# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

VICKIE WRIGHT,

        Plaintiff,    :    Case No. 3:09-cv-115

- vs -    :    District Judge Walter Herbert Rice
                    Magistrate Judge Michael R. Merz

COMMISSIONER OF SOCIAL    :
SECURITY,
                                      :

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #17), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Plaintiff be awarded attorney fees pursuant to Section 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $15,000.00.

July 24, 2012.

                                                                     Walter Herbert Rice
                                                                       United States District Judge